[No. 64054-2-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARDO HALL, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 64191-3-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PAIGE CHRISTINE VOLKART, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 64243-0-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL GREGORY JONES, *Appellant*.

*Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Spearman, JJ.

[No. 64246-4-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNA ARNTSEN, *Appellant*.

*Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.